UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                   Criminal No. 24-mj-30465

Joshua Brown-Hill,

    Defendant.
_____/

**MOTION AND ORDER TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Tara Mathena Hindelang*
Tara Mathena Hindelang P78685
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
tara.hindelang@usdoj.gov
(313) 226-9543

Dated: November 12, 2024

**IT IS SO ORDERED.**

<u>s/David R. Grand</u>
Hon. David R. Grand
United States Magistrate Judge

Entered:11/12/24